# CIVIL DOCKET




**21 – 0228**

Filed: 01/29/2021

| Injury or Damage — Motor | 22nd District Court |

TOMAS LEAL VS. JOHN DOE #1 A/K/A "WESTON" AND BYRON TRUCKING, INC.

| Plaintiff | Lead Attorney |
| --- | --- |
| Leal, Tomas | Simmons, Gregory S |

| Defendant | Lead Attorney |
| --- | --- |
| Doe #1, John | |
| Byron Trucking, Inc. | |

| DATE | | | ORDERS OF THE COURT |
| --- | --- | --- | --- |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| DATE | | | ORDERS OF THE COURT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

FILED
1/29/2021 9:17 AM
Beverly Crumley
District Clerk
Hays County, Texas

NO. 21-0228

| | | |
|---|---|---|
| **TOMAS LEAL** | § | **IN THE DISTRICT COURT** |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **_____ JUDICIAL DISTRICT** |
| | § | |
| **JOHN DOE #1 A/K/A "WESTON" and** | § | |
| **BYRON TRUCKING, INC.** | § | |
| **Defendant.** | § | **OF HAYS COUNTY, TEXAS** |

## PLAINTIFF'S ORIGINAL PETITION, TRCP 193.7 NOTICE OF SELF-AUTHENTICATION, AND TRCP REQUEST FOR DISCLOSURE

TO THE HONORABLE JUDGE OF SAID COURT:

      **NOW COMES TOMAS LEAL**, hereinafter called Plaintiff, complaining of and about

**JOHN DOE #1 A/K/A "WESTON"** and **BYRON TRUCKING, INC.**, hereinafter called

Defendants, and for cause of action shows unto the Court the following:

### I.
### DISCOVERY CONTROL PLAN LEVEL

1.     Plaintiff intends that discovery be conducted under Discovery Level 3.

### II.
### PARTIES AND SERVICE

2.     Plaintiff, **Tomas Leal**, is an Individual who resides in Guadalupe County, Texas.

3.     Defendant **JOHN DOE #1 A/K/A "WESTON"**, an Individual who, at the time of the

occurrence in question was acting in the course and scope of his employment for **Byron**

**Trucking, Inc.**. He may be served with process for purposes of this action by serving **Byron**

**Trucking, Inc.** by serving its Registered Agent for Service of Process: CASSIDY NEE, ALL

AMERICAN AGENTS OF PROCESS, at 5100 Edina Industrial Blvd, Ste 230, Edina, MN

55439-3007. As used herein, **"Weston"** means the true name of the employee of Byron Trucking

Inc. who was operating the machinery involved in Plaintiffs injury at the time of the occurrence in question. Pursuant to Tex.Civ.Prac. & Rem. Code §16.0045, this Defendant's true name will be substituted after Defendants identify his true name.

4.      Defendant **Byron Trucking, Inc.**, is a foreign limited liability company organized and existing under the laws of the state of Minnesota, which may be served with process by serving its registered agent: CASSIDY NEE, ALL AMERICAN AGENTS OF PROCESS, at 5100 Edina Industrial Blvd, Ste 230, Edina, MN 55439-3007. As used herein, **"Byron Trucking, Inc."** means and includes its agents, servants, employees, and vice-principals acting in the course and scope of their duties and responsibilities for this Defendant, including but not limited to John Doe #1 a/k/a "Weston"

### III.
### JURISDICTION AND VENUE

5.      The subject matter in controversy is within the jurisdictional limits of this court.

6.      Plaintiff seeks monetary relief over $1,000,000.

7.      Venue in Hays County is proper in this cause under Section 15.002(a)(1) of the Texas Civil Practice and Remedies Code because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in this county.

### IV.
### FACTS

8.      On or about September 30, 2020, Plaintiff was operating his motor vehicle in a lawful manner at the intersection of Hwy 123 NB and FM110 in San Marcos, Hays County, Texas, when suddenly, violently, and without warning, his vehicle was struck in the rear by a vehicle driven by defendant, John Doe #1 a/k/a "Weston". At all material times, the plaintiff was

---

**PLAINTIFFS' ORIGINAL PETITION,**
**TRCP 193.7 NOTICE OF SELF-AUTHENTICATION, AND TRCP REQUEST FOR DISCLOSURE**

Tomas Leal vs. John Doe #1 a/k/a "Weston" and Byron Trucking Inc.
____ District Court, Hays County, Texas
Cause No. _____

lawfully stopped due to a traffic signal, when the defendant, John Doe #1 a/k/a "Weston", who was driving a vehicle owned by and with the permission of Byron Trucking, Inc. behind the Plaintiff, was not paying attention and failed to stop. In doing so, Defendant, John Doe #1 a/k/a "Weston", collided directly into the rear of the plaintiff's truck. As a result of the collision, Plaintiff sustained injuries to his neck, back and other parts of his body, as more fully set forth below.

9.      At all times material to this action, the Defendant, John Doe #1 a/k/a "Weston", was acting in the course and scope of his employment for Byron Trucking, Inc.

**V.**
**CAUSES OF ACTION AGAINST DEFENDANT, JOHN DOE #1 A/K/A "WESTON"**
*A. NEGLIGENCE*

10.     Defendant, John Doe #1 a/k/a "Weston", had a duty to exercise the degree of care that a reasonably careful person would use to avoid harm to others under circumstances similar to those described herein.

11.     Plaintiff's injuries were proximately caused by Defendant's, John Doe #1 a/k/a "Weston", negligent, careless and reckless disregard of said duty.

12.     The negligent, careless and reckless disregard of duty of Defendant, John Doe #1 a/k/a "Weston", consisted of, but is not limited to, the following acts and omissions:

   A.    In that Defendant, John Doe #1 a/k/a "Weston", failed to keep a proper lookout for Plaintiff's safety that would have been maintained by a person of ordinary prudence under the same or similar circumstances;

   B.    In that Defendant, John Doe #1 a/k/a "Weston", failed to turn his motor vehicle to the left or right in an effort to avoid the collision complained of;

   C.    In that Defendant, John Doe #1 a/k/a "Weston", failed to maintain a clear and reasonable distance between Plaintiff's motor vehicle and Defendant's motor

3

**PLAINTIFFS' ORIGINAL PETITION,**
**TRCP 193.7 NOTICE OF SELF-AUTHENTICATION, AND TRCP REQUEST FOR DISCLOSURE**

Tomas Leal vs. John Doe #1 a/k/a "Weston" and Byron Trucking Inc.
_____ District Court, Hays County, Texas
Cause No. _____

vehicle which would permit Defendant, John Doe #1 a/k/a "Weston", to bring his motor vehicle to a safe stop without colliding into Plaintiff's motor vehicle;

D.   In that Defendant, John Doe #1 a/k/a "Weston", failed to keep such distance away from Plaintiff's motor vehicle as a person using ordinary prudent care would have done; and

E.   In that Defendant, John Doe #1 a/k/a "Weston", was operating his motor vehicle at a rate of speed which was greater than that would have been operated by a person of ordinary prudence under the same or similar circumstances.

## B. NEGLIGENCE PER SE

13.   Defendant's conduct described herein constitutes an unexcused breach of duty imposed by V.T.C.A. Transportation Code § 545.062.

14.   The statute imposes the duty on operators of motor vehicles to maintain an assured clear distance between the two vehicles so that, considering the speed of the vehicles, traffic, and the conditions of the highway, the operator can safely stop without colliding with the preceding vehicle or veering into another vehicle, object, or person on or near the highway. John Doe #1 a/k/a "Weston" violated this duty when he failed to maintain an assured clear distance between his and the Plaintiff's vehicles and collided into the rear of the plaintiff's vehicle.

15.   Plaintiff is member of the class that V.T.C.A. Transportation Code § 545.062 was designed to protect.

16.   Defendant's unexcused breach of the duty imposed by V.T.C.A. Transportation Code § 545.062 proximately caused the Plaintiff's injuries described herein.

## C. GROSS NEGLIGENCE

17.   Defendant's acts or omissions described above, when viewed from the standpoint of Defendant, John Doe #1 a/k/a "Weston", at the time of the act or omission, involved an extreme degree of risk, considering the probability and magnitude of the potential harm to Plaintiff and

4

**PLAINTIFFS' ORIGINAL PETITION,**
**TRCP 193.7 NOTICE OF SELF-AUTHENTICATION, AND TRCP REQUEST FOR DISCLOSURE**

Tomas Leal vs. John Doe #1 a/k/a "Weston" and Byron Trucking Inc.
_____ District Court, Hays County, Texas
Cause No. _____

others.  Defendant, John Doe #1 a/k/a "Weston", had actual, subjective awareness of the risk involved in the above-described acts or omissions, but nevertheless proceeded with conscious indifference to the rights, safety, or welfare of Plaintiff and others.

18.    Based on the facts stated herein, Plaintiff requests exemplary damages be awarded to Plaintiff from Defendant, John Doe #1 a/k/a "Weston".

## VI.
## CAUSES OF ACTION AGAINST DEFENDANT, BYRON TRUCKING, INC.

### A.    *NEGLIGENCE*

19.    Defendant Byron Trucking, Inc. had a duty to exercise the degree of care that a reasonably careful person would use to avoid harm to others under circumstances similar to those described herein.

20.    Plaintiff's injuries were proximately caused by Defendant Byron Trucking, Inc.'s negligent, careless and reckless disregard of said duty.

21.    The negligent, careless and reckless disregard of duty of Defendant Byron Trucking, Inc. consisted of, but is not limited to, the following acts and omissions::

      a.    Negligent hiring and supervision;

      b.    Negligent entrustment;

      c.    Negligent training and safety implementation;

      d.    Negligent retention; and

      e.    Such other and further negligence and negligence per se as discovery may reveal.

22.    Each and all of the foregoing acts and or omissions were negligent and constituted negligence and were each and all the proximate cause of the incident which forms the basis of

5

**PLAINTIFFS' ORIGINAL PETITION,**
**TRCP 193.7 NOTICE OF SELF-AUTHENTICATION, AND TRCP REQUEST FOR DISCLOSURE**

Tomas Leal vs. John Doe #1 a/k/a "Weston" and Byron Trucking Inc.
_____ District Court, Hays County, Texas
Cause No. _____

this suit, and was a proximate cause of Plaintiff's injuries and damages.

**B.      RESPONDEAT SUPERIOR**

23.      At all times material hereto, all of the agents, servants, and/or employees for Defendant, who were connected with the occurrence made the subject of this suit, were acting within the course and scope of their employment or official duties and in furtherance of the duties of their office or employment. Therefore, Defendant is further liable for the negligent acts and omissions of its employees under the doctrine of *Respondeat Superior*.

24.      Each and all of the foregoing acts and or omissions of the agents, servants, and/or employees for Defendant was negligent and constituted negligence and were each and all the proximate cause of the incident which forms the basis of this suit, and was a proximate cause of Plaintiff's injuries and damages.

**C.      GROSS NEGLIGENCE**

25.      Defendant's acts or omissions described above, when viewed from the standpoint of Defendant at the time of the act or omission, involved an extreme degree of risk, considering the probability and magnitude of the potential harm to Plaintiff and others. Defendant had actual, subjective awareness of the risk involved in the above-described acts or omissions, but nevertheless proceeded with conscious indifference to the rights, safety, or welfare of Plaintiff and others.

26.      Based on the facts stated herein, Plaintiff requests exemplary damages be awarded to Plaintiff from Defendant.

27.      The above act and/or omissions were singularly and cumulatively the proximate cause of the occurrence in question and the resulting injuries and damages sustained by Plaintiff.

6

**PLAINTIFFS' ORIGINAL PETITION,**
**TRCP 193.7 NOTICE OF SELF-AUTHENTICATION, AND TRCP REQUEST FOR DISCLOSURE**

Tomas Leal vs. John Doe #1 a/k/a "Weston" and Byron Trucking Inc.
_____ District Court, Hays County, Texas
Cause No. _____

Each of these acts and/or omissions, whether take singularly or in any combination constitute negligence, negligence per se, and gross negligence which proximately cause the collision and injuries and other losses as specifically set forth herein.

## VII.
## DAMAGES

28.     As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff was caused to suffer severe bodily injuries to his neck, back, and other parts of his body generally. Plaintiff's entire body was tossed in the vehicle and she suffered great shock to his entire nervous systems. The injuries are permanent in nature. The injuries have had a serious effect on the Plaintiff's health and well-being. Some of the effects are permanent and will abide with the Plaintiff for a long time into the future, if not for his entire life. These specific injuries and their ill effects have, in turn, caused the Plaintiff's physical and mental condition to deteriorate generally and the specific injuries and ill effects alleged have caused and will, in all reasonable probability, cause the Plaintiff to suffer consequences and ill effects of this deterioration throughout his body for a long time in the future, if not for the balance of his natural life. As a further result of the nature and consequences of his injuries, the Plaintiff suffered great physical and mental pain, suffering and anguish and in all reasonable probability, will continue to suffer in this manner for a long time into the future, if not for the balance of his natural life, and to incur the following damages:

1.     Pain and suffering in the past;
2.     Pain and suffering in the future;
3.     Mental anguish in the past;
4.     Mental anguish in the future;
5.     Past medical expenses;
6.     Future medical expenses;

7

**PLAINTIFFS' ORIGINAL PETITION,**
**TRCP 193.7 NOTICE OF SELF-AUTHENTICATION, AND TRCP REQUEST FOR DISCLOSURE**

Tomas Leal vs. John Doe #1 a/k/a "Weston" and Byron Trucking Inc.
_____ District Court, Hays County, Texas
Cause No. _____

7.    Physical impairment in the past;
8.    Physical impairment in the future;
9.    Physical disfigurement in the past;
10.   Physical disfigurement in the future;
11.   Property damage;
12.   Pre-judgment interest;
13.   Post-judgment interest; and
14.   Exemplary damages;

## VIII.
## INTEREST

29.   Plaintiff seeks pre-judgment and post-judgment interest allowed by law.

## IX.
## DEMAND FOR JURY TRIAL

30.   Plaintiff demands a trial by jury. Plaintiff acknowledges payment this date of the required jury fee.

## X.
## REQUEST FOR DISCLOSURE

31.   Pursuant to RULE 194 of the TEXAS RULES OF CIVIL PROCEDURE, Defendant is requested to disclose, within fifty (50) days of service hereof, the information and material described in each section of RULE 194.2.

## XI.
## NOTICE OF SELF-AUTHENTICATION

32.   Pursuant to RULE 193.7 of the TEXAS RULES OF CIVIL PROCEDURE, Defendant is hereby noticed that the production of any document in response to written discovery authenticates the document for use against that party in any pretrial proceeding or at trial.

## XII.
## DESIGNATED E-SERVICE EMAIL ADDRESS

33.   The following is the undersigned attorney's designated E-Service email address for all e-served documents and notices, filed and unfiled, pursuant to Tex. R. Civ. P. 21(f)(2) & 21a:

8

gsimmons-svc@thomasjhenrylaw.com. This is the undersigned's only E-Service email address, and service through any other email address will be considered invalid.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff, respectfully prays that the Defendant be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff against Defendant for damages in an amount within the jurisdictional limits of the Court; exemplary damages, excluding interest, and as allowed by Sec. 41.008, Chapter 41, Texas Civil Practice and Remedies Code, together with pre-judgment interest (from the date of injury through the date of judgment) at the maximum rate allowed by law; post-judgment interest at the legal rate, costs of court; and such other and further relief to which the Plaintiff may be entitled at law or in equity.

Respectfully submitted,

**THOMAS J. HENRY, INJURY ATTORNEYS**
5711 University Heights Blvd., Suite 101
San Antonio, Texas 78249
Phone: (210) 656-1000
Fax: (361) 985-0601

By: *Gregory S. Simmons*

Gregory S. Simmons
Texas Bar No. 24027982
Email: gsimmons-svc@thomasjhenrylaw.com
**ATTORNEYS FOR PLAINTIFF**
*\*Service by e-mail to this address only*

\* Plaintiff designates the above-referenced e-mail address as the only e-mail address to be used for service via e-filing. Notice is hereby given that e-mails sent to any other e-mail address will not be accepted for the purposes of service in this cause. If e-filing is not currently available, then service will be designated in accordance with the Texas Rules of Civil Procedure.

9

CITATION
THE STATE OF TEXAS

CAUSE NO. 21-0228

FILED this *25* day of *February*
20 *21* *1:29* P.M.
CLERK DISTRICT COURT, HAYS CO. TX
By: *Jane May* Deputy

STYLED: TOMAS LEAL VS. JOHN DOE #1 A/K/A "WESTON" AND BYRON TRUCKING, INC.

TO: **BYRON TRUCKING, INC., UPON WHOM PROCESS MAY BE HAD BY SERVING ITS REGISTERED AGENT CASSIDY NEE, ALL AMERICAN AGENTS OF PROCESS, 5100 EDINA INDUSTRIAL BLVD, STE. 230, EDINA, MN 55439-3007**

**NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 am on the Monday next following the expiration of 20 days after the date you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org."**

Attached is a copy of the **PLAINTIFF'S ORIGINAL PETITION, TRCP 193.7 NOTICE OF SELF-AUTHENTICATION, AND TRCP REQUEST FOR DISCLOSURE,** which was filed by the **PLAINTIFF,** in the above styled and numbered cause on the **29TH DAY OF JANUARY, 2021,** in the 22nd District Court of Hays County, San Marcos, Texas.

Issued and given under my hand and seal of said Court at San Marcos, Texas on this the 2nd day of February, 2021.

REQUESTED BY:
Gregory S Simmons
Law Office of Thomas J Henry
5711 University Heights Blvd Suite 101
San Antonio TX 78249
210-656-1000

BEVERLY CRUMLEY
Hays County District Clerk
Hays County Government Center
712 S. Stagecoach Trail, Ste. 2211
San Marcos, Texas 78666

By: *Jane May*
Jane May, Deputy

## OFFICER'S RETURN

Came to hand on the ___ day of _____ 20___ at _____ o'clock ___M and executed the ___ day of _____ 20___ by   delivering to defendant _____ in person,  a true copy of this citation with a copy of the petition attached thereto on _____ day of _____ 20___ at _____ o'clock ___M at _____ in _____ County, Texas.

[ ] Not executed. The diligence used in finding defendant being_____

[ ] Information received as to the whereabouts of defendant being_____

Service Fee:$_____

Sworn to and subscribed before me this the
_____day of_____,_____.

SHERIFF/CONSTABLE/AUTHORIZED PERSON
BY:_____

_____
Printed Name of Server

_____
NOTARY PUBLIC, THE STATE OF TEXAS

_____County, Texas

**ORIGINAL** FOR RETURN



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

Certified Mail Fee
$ 2-0228

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total Postage

Sent To
Byron Trucking, Inc.,
Registered Agent Cassidy Nee
All American Agents of Process

Street and,
5100 Edina Industrial Blvd, Suite 230
Edina, Mn 55439-3007

City, State,

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

7019 2970 0002 2645 8373

Cause No. 21-0228

Style:   TOMAS LEAL VS. JOHN DOE #1 A/K/A "WESTON" AND
BYRON TRUCKING, INC.

### Certificate of Delivery by Certified Mail

Came to hand on this the 2nd day of February, 2021 and I hereby certify on February 02, 2021, I executed the citation by mailing the same to BYRON TRUCKING, INC. at C/O REGISTERED AGENT CASSIDY NEE, ALL AMERICAN AGENTS OF PROCESS, 5100 EDINA INDUSTRIAL BLVD., STE. 230, EDINA, MN 55439-3007 by certified mail, return receipt requested, a true copy of this citation with a copy of the PLAINTIFF'S ORIGINAL PETITION, TRCP 193.7 NOTICE OF SELF-AUTHENTICATION, AND TRCP REQUEST FOR DISCLOSURE attached thereto.

Article No. **7019 2970 0002 2645 8273**
Service Type
**XXX** -- Certified Mail, Return Receipt Requested
☐ Registered Mail

Service Fee   $ 75.00

The postal service return, certified mail, return receipt requested, showing the date and manner of receipt with addressee's signature is attached hereto and made a part hereof and was received and filed in my office on the **25th day of February, 2021**.

Beverly Crumley, District Clerk
Hays County, Texas

By: _Jane May_
Jane May, Deputy

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☒ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 2/8/21 |
| Byron Trucking, Inc.,<br>Registered Agent Cassidy Nee<br>All American Agents of Process<br>5100 Edina Industrial Blvd, Suite 230<br>Edina, Mn 55439-3007 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>FEB 1 0 2021 |
| 9590 9402 4535 8278 6911 56 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☒ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7019 2970 0002 2645 8273 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

CITATION
THE STATE OF TEXAS

FILED this 25 day of *February*
20 21   1:29 p.M.
CLERK DISTRICT COURT, HAYS CO. TX
By: *Jane May*    Deputy

CAUSE NO. 21-0228

STYLED:  TOMAS LEAL VS. JOHN DOE #1 A/K/A "WESTON" AND BYRON TRUCKING, INC.

TO:   JOHN DOE #1 A/K/A "WESTON" UPON WHOM PROCESS MAY BE HAD BY SERVING BYRON TRUCKING, INC. BY ITS REGISTERED AGENT CASSIDY NEE, ALL AMERICAN AGENTS OF PROCESS, 5100 EDINA INDUSTRIAL BLVD, STE. 230, EDINA, MN  55439-3007

**NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 am on the Monday next following the expiration of 20 days after the date you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org."**

Attached is a copy of the **PLAINTIFF'S ORIGINAL PETITION, TRCP 193.7 NOTICE OF SELF-AUTHENTICATION, AND TRCP REQUEST FOR DISCLOSURE**, which was filed by the **PLAINTIFF**, in the above styled and numbered cause on the **29TH DAY OF JANUARY, 2021**, in the 22nd District Court of Hays County, San Marcos, Texas.

Issued and given under my hand and seal of said Court at San Marcos, Texas on this the 2nd day of February, 2021.

REQUESTED BY:
Gregory S Simmons
Law Office of Thomas J Henry
5711 University Heights Blvd Suite 101
San Antonio TX  78249
210-656-1000

BEVERLY CRUMLEY
Hays County District Clerk
Hays County Government Center
712 S. Stagecoach Trail, Ste. 2211
San Marcos, Texas 78666

By: *Jane May*
Jane May, Deputy

**OFFICER'S RETURN**

Came to hand on the __ day of _____ 20___ at _____ o'clock ___M and executed the __ day of _____ 20___ by  delivering to defendant _____ in person,  a true copy of this citation with a copy of the petition attached thereto on ____ day of _____ 20___ at _____ o'clock ___M at _____ in _____ County, Texas.

[ ] Not executed. The diligence used in finding defendant being_____

[ ] Information received as to the whereabouts of defendant being_____

Service Fee:$_____

Sworn to and subscribed before me this the
_____day of_____,____.

SHERIFF/CONSTABLE/AUTHORIZED PERSON
BY:_____

_____
Printed Name of Server

_____
NOTARY PUBLIC, THE STATE OF TEXAS

_____County, Texas

**ORIGINAL FOR RETURN**



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$  21-0228

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____     Postmark
☐ Certified Mail Restricted Delivery $ _____    Here
☐ Adult Signature Required _____

☐ Adult S
Postage
$
Total Pos
$
Sent To   John Doe #1 A/K/A "Weston"
Byron Trucking, Inc.
Registered Agent Cassidy Nee
All American Agents of Process
Street an  5100 Edina Industrial Blvd, Suite 230
City, Stat  Edina, Mn 55439-3007

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7015 2970 0000 2645 8266

Cause No. 21-0228

Style:   TOMAS LEAL VS. JOHN DOE #1 A/K/A "WESTON" AND
BYRON TRUCKING, INC.

Certificate of Delivery by Certified Mail

Came to hand on this the 2nd day of February, 2021 and I hereby certify on February 02, 2021, I executed the citation by mailing the same to JOHN DOE #1 A/K/A "WESTON" at BYRON TRUCKING, INC. C/O REGISTERED AGENT CASSIDY NEE, ALL AMERICAN AGENTS OF PROCESS, 5100 EDINA INDUSTRIAL BLVD., STE. 230, EDINA, MN 55439-3007 by certified mail, return receipt requested, a true copy of this citation with a copy of the PLAINTIFF'S ORIGINAL PETITION, TRCP 193.7 NOTICE OF SELF-AUTHENTICATION, AND TRCP REQUEST FOR DISCLOSURE attached thereto.

Article No. **7019 2970 0002 2645 8266**
Service Type
**XXX** -- Certified Mail, Return Receipt Requested
☐ Registered Mail

Service Fee   $ 75.00

The postal service return, certified mail, return receipt requested, showing the date and manner of receipt with addressee's signature is attached hereto and made a part hereof and was received and filed in my office on the **25ᵗʰ day of February, 2021**.

Beverly Crumley, District Clerk
Hays County, Texas

By: _Jane May_

Jane May, Deputy

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, | A. Signature<br>X  USPS CIR   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. John Doe #1 A/K/A "Weston"<br>Byron Trucking, Inc.<br>Registered Agent Cassidy Nee<br>All American Agents of Process<br>5100 Edina Industrial Blvd, Suite 230<br>Edina, Mn 55439-3007 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br>FEB 10 2021 |

9590 9402 4535 8278 6911 49

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
7019 2970 0002 2645 8266

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt